# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1441

_____

Philip L. Burgess,                                   *
                                                     *
        Appellant,                           *
                                                     *   Appeal from the United States
    v.                                         *   District Court for the
                                                     *   Western District of Missouri.
U.S. Parole Commission,                              *
                                                     *   [UNPUBLISHED]
        Appellee.                            *

_____

Submitted: April 5, 2007
Filed: April 9, 2007

_____

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

      Philip L. Burgess appeals the district court's[1] order denying his 28 U.S.C. § 2241 petition, wherein he challenged the failure of the United States Parole Commission to convert his foreign sentence to a sentence for an analogous United States offense pursuant to 18 U.S.C. § 4106A, following his transfer to the United States to serve a sentence imposed in Mexico.  Having conducted careful de novo review, see Hutchings v. U. S. Parole Comm'n, 201 F.3d 1006, 1008-09 (8th Cir.

_____

[1]The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.

2000) (standard of review), we affirm the judgment of the district court for the reasons explained by the court.[2] <u>See</u> 8th Cir. R. 47B.

————————————————————

[2]We decline to consider Burgess's arguments raised for the first time on appeal, which are based on allegations not made in the district court. <u>See</u> <u>Naucke v. City of Park Hills</u>, 284 F.3d 923, 927 n.2 (8th Cir. 2002).